SCHERING & GLATZ, INC., Respondent, v. AMERICAN PHARMACEUTICAL COMPANY (INC.) and PHILIP KACHURIN, Appellants, Impleaded with Another.— Order modified by granting items V and X of the demand for a bill of particulars, and subdivisions (i) and (k) of item III of the notice of motion, and as so modified affirmed, with twenty dollars costs and disbursements to the appellants. The further bill of particulars to be served within ten days from service of order. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

OTTO OBERMAYER, Respondent, v. JOHN W. COLLOPY, JR., Appellant.— Order reversed, with twenty dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

LEON WIESELTHIER, Respondent, v. LAFAYETTE INSURANCE COMPANY and Others, Appellants.— Order modified so as to provide for the issuance of a commission on oral interrogatories on condition that plaintiff deposit with the clerk of the Supreme Court $200 to cover counsel fees and the expenses of the commissioner for conducting the examination of the witnesses, to be paid on completion of the interrogatories, and as so modified affirmed, with twenty dollars costs and disbursements to the appellants. No opinion. Settle order on notice. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

THE RELMAR HOLDING CO., INC., on Behalf of Itself and All Other Bondholders of the PARAMOUNT PUBLIX CORPORATION Similarly Situated, Appellant, v. PARAMOUNT PUBLIX CORPORATION and FILM PRODUCTION CORPORATION, Respondents. — Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

In the Matter of ANTONIA MERINO (or MERLIN or MERLINO), an Incompetent Person. HELEN ELSA GAAB, Substitute Committee, Appellant, v. WEST SIDE SAVINGS BANK and WILLIAM V. HUDSON, Respondents.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

EDWARD RAGER-AKSELRAD, Appellant, v. MAY RADIO AND TELEVISION CORPORATION, Respondent.— Orders affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

FRED SUFFIN, Appellant, v. CLARK's DOLLAR STORES, INC., Respondent.— Order modified by requiring bill of particulars to be served within twenty days after completion of examination of defendant before trial. If defendant does not submit to such examination together with such books, records and documents as may be proper, motion for bill of particulars denied. No opinion. Settle order on notice. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.